UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
DONALD PRATOLA,                              :
                                             :
            Petitioner,                      :       Civ. No. 14-6405 (RBK)
                                             :
      v.                                     :
                                             :       **MEMORANDUM AND ORDER**
NEW JERSEY STATE PAROLE BOARD, et al.,       :
                                             :
            Respondents.                     :
_____         :

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently pending before the Court is petitioner's application to allow attorney Charles Landesman be present and represent petitioner at his upcoming parole hearing on August 28, 2015. (*See* Dkt. No. 29.) Petitioner's motion will be denied as this Court is not the proper court to raise such a motion. *See* N.J. COURT R. § 2:2-3(a) (noting that except in limited circumstances, appeals may be taken to the Appellate Division as a matter of right).

Accordingly, IT IS this  26th  day of  August,  2015,

ORDERED that petitioner's application to allow attorney Charles Landesman to be present and represent petitioner at his upcoming parole hearing (Dkt. No. 29.) is denied.

                                        s/Robert B. Kugler
                                        ROBERT B. KUGLER
                                        United States District Judge